PER CURIAM.
 

 In accordance with the special master’s well-reasoned report and recommendation, the petition seeking a belated appeal of the order rendered on or about September 14, 2009, denying petitioner’s motion for post-conviction relief in Escambia County Circuit Court ease number 2004-CF-002690A, is granted.
 
 See Brock v. State,
 
 947 So.2d 1190 (Fla. 1st DCA 2007). Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal in accordance with Florida Rule of Appellate Procedure 9.141(c)(5)(D).
 

 THOMAS, WETHERELL, and MARSTILLER, JJ., concur.